AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KENNETH LEE CRONK,

                      Plaintiff,

                v.

CITY OF WEST RICHLAND,

                    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5094-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

| | |
|---|---|
| 02/25/2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |